LOUIS GREEN, Respondent, *v.* MEYER BONUCK et al., as Executors of IKE BONUCK, Deceased, Appellants. (Actions Nos. 1, 2, 3 and 4.)

(Argued March 8, 1934; decided April 17, 1934.)

Samuel *Okin* for appellants.

*Edwin J. Lukas* and *Oswald Vischi* for respondent.

In each action, order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.